**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **HOUSTON SPECIALTY INSURANCE COMPANY** **Plaintiff** | * | **CIVIL NO:** |
| **VERSUS** | * | **JUDGE:** |
| **AMERICAN SAFETY, LLC, JEREMIAH GIOVANNA and JASON BUSH** **Defendants** | * | **MAGISTRATE JUDGE:** |

**COMPLAINT FOR DECLARATORY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Houston Specialty Insurance Company ("Houston Specialty") and respectfully shows as follows:

**I. PARTIES**

1.

Plaintiff Houston Specialty is a Texas insurance corporation with its principal place of business in the State of Texas.

2.

Made defendants herein are:

A. AMERICAN SAFETY, LLC ("American Safety"), a Louisiana limited liability company;

B. Jeremiah Giovanna ("Giovanna"), a natural person domiciled in the state of Florida; and

C. Jason Bush ("Bush"), a natural person domiciled in the state of Florida.

## II. JURISDICTION AND VENUE

3.

Plaintiff brings this suit under the Declaratory Judgment Act, 28 U.S.C. § 2201. It seeks a judicial declaration as to the respective rights of the parties under a policy of insurance issued by Houston Specialty to American Safety, policy number HSLR18-07759-02, with a policy period of 9/30/2022 through 9/30/2023 (hereinafter referred to as "the Houston Specialty policy"). A certified copy of the Houston Specialty policy is attached hereto as Exhibit A.

4.

American Safety, Giovanna and Bush seek coverage under the Houston Specialty policy for claims asserted in a suit filed in the State of Florida, styled *Jason Bush v. Jeremiah Giovanna, et al;* 2023-CA-005067; 20th Judicial Circuit, Lee County, Florida ("the *Bush* suit"). Copies of the Original and Amended Complaints in the *Bush* suit are attached hereto as Exhibit B.

5.

The Court has subject matter jurisdiction under 28 U.S.C. § 1332, as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

6.

Plaintiff Houston Specialty, a Texas insurance corporation with its principal place of business in the State of Texas, is domiciled in the States of Texas for diversity purposes. On information and belief, Defendant American Safety has two members, both of whom are Louisiana citizens, and as such American Safety is considered a citizen of Louisiana for diversity purposes. Defendants Giovanna and Bush are both citizens of the State of Florida. Therefore, because none

of the Defendants are citizens of the same state as Plaintiff, there is complete diversity of citizenship herein.

7.

The amount-in-controversy threshold is also met. Bush alleges the following in his complaints:

- On December 12, 2022 a collision occurred between motor vehicles operated by Jeremiah Giovanna and Jason Bush. The sole cause of the accident was the negligence of Giovanna.
- At the time of the accident, Giovanna was acting within the course and scope of his employment for American Safety, therefore, American Safety is vicariously liable for all damages caused by the negligence of Giovanna.
- As a result of said accident, Bush sustained injuries and damages with values in excess of $50,000, including permanent injury to the body as a whole, past and future mental and physical pain and suffering, physical impairment, disfigurement, mental anguish, loss of capacity for enjoyment of life, hospitalization expenses, medical and nursing expenses, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. All damages are alleged to be permanent and continuing.

Based on information from Bush's counsel, Bush has recently undergone a lumbar surgical procedure that he alleges was necessitated by injuries sustained in the accident at issue in the suit. Bush has now presented Houston Specialty with a demand to settle the claims asserted in the suit for $750,000 plus medical expenses.

8.

As set forth in more detail below, American Safety, Giovanna and Bush seek coverage under the Houston Specialty policy for any damages awarded or paid to Bush, up to a policy limit of $1,000,000. Houston Specialty does not dispute that its policy provides coverage to American Safety and Giovanna for the Bush claims but contends that the policy limit applicable to those

claims is $10,000. Therefore, the amount in controversy in this declaratory judgment action exceeds $75,000, exclusive of interest and costs.

9.

The Houston Specialty policy is a Louisiana policy issued in Shreveport Louisiana. Therefore, venue is proper in this District under 28 U.S.C. § 1391.

## III. FACTS RELEVANT TO HOUSTON SPECIALTY CLAIMS

10.

The Houston Specialty policy provided commercial automobile liability coverage, pursuant to the terms of the policy, with limits of $1,000,000 per accident. The policy also included an endorsement entitled "Coverage Limitation for Unreported Drivers," (Ex. A, Houston Specialty policy at p. 32 of 67 of PDF copy). The endorsement provides, in relevant part, as follows:

> Coverage under this policy does not apply to an "accident" in which a driver is operating an "auto" unless such driver has been reported to us and such driver's information is on file with us.
>
> If an "accident" occurs and the driver operating the "auto" has not been reported to us and such driver's information is not on file with us:
>
> 1. The maximum amount payable under liability for "bodily injury" or "property damage" shall be minimum statutory limits required by the state in which the "auto" involved in the "accident" is being operated or used at the time of such "accident";
>
> . . .

The "Coverage Limitation for Unreported Drivers" on the Houston Specialty policy is a provision sometimes referred to as a "reduction clause," which creates "two-tier coverage" - stated limits for reported drivers and reduced limits for unreported drivers. Louisiana courts, including the Louisiana Supreme Court, have uniformly held that reduction clauses that create two-tier coverage are valid and must be enforced.

11.

American Safety never reported Giovanna as a driver or provided information about Giovanni to Houston Specialty before the accident at issue in the *Bush* suit. Therefore, the policy limits applicable to all claims arising from the accident at issue in the *Bush* suit are the minimum amounts required by the State of Florida, $10,000 per person for bodily injury and $10,000 for property damage.

**IV. CLAIM FOR RELIEF**

12.

An actual, present and existing controversy has arisen between Houston Specialty on the one hand and Defendants on the other, with respect to the applicable limits of coverage under the Houston Specialty policy for the claims alleged in the *Bush* suit. Houston Specialty therefore desires a judicial declaration of the applicable limits.

WHEREFORE, Houston Specialty Insurance Company prays that, after due proceedings had, there be judgment herein in its favor and against defendants American Safety, LLC, Jeremiah Giovanna and Jason Bush, declaring that the policy limits applicable to all claims arising from the accident at issue in the *Bush* suit are the minimum amounts required by the State of Florida, $10,000 per person for bodily injury and $10,000 for property damage, and

FURTHER PRAYS for full, general and equitable relief.

(Signature on next page)

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY & CROMWELL, LLP
400 Texas Street, Suite 400 (71101)
P.O. Box 1786
Shreveport, LA 71166-1786
Phone: (318) 221-1800
Fax: (318) 226-0390
Email: darmand@padwbc.com
mperkins@padwbc.com
mbro@padwbc.com

BY: _____//es// *Donald Armand, Jr.*________
Donald Armand, Jr. (#17444), TA
Marshall L. Perkins (#36979)
Meredith P. Bro (#39563)
ATTORNEYS FOR HOUSTON SPECIATLY
INSURANCE COMPANY